DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MTS TAXES & MORE LLC** d/b/a **TAX USA**, et al.**,**
Appellants,

v.

**JEAN MURAT,**
Appellee.

No. 4D22-1987

[July 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-15-019591.

Thomas Neusom, Fort Lauderdale, for appellants.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***